**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Victoria Ollie, as special administrator for George Ollie, deceased,<br><br>      Plaintiff,<br><br>v.<br><br>City of Chicago, *et al.*,<br><br>      Defendants. | Case No. 19 C 131<br><br>Hon. LaShonda A. Hunt |

## ORDER APPROVING SETTLEMENT AND DISTRIBUTION

This matter coming before the Court on plaintiff Victoria Ollie's Corrected Motion to Approve Settlement and Distribution (ECF No. 159), the Court being fully advised in the premises, and the parties having agreed to the settlement in good faith,

IT IS ORDERED THAT:

1. The Motion to Approve Settlement and Distribution is granted.

2. The Law Office of Kenneth N. Flaxman shall be paid $165,260.27 from the settlement as attorneys' compensation.

3. The balance of the settlement of $247,890.41 shall be distributed to the decedent's heirs and for debts and expenses of the estate as ordered by the Cook County Probate Court pursuant to Illinois Law.

**DATED**: November 13, 2025

**ENTERED**:

*LaShonda A. Hunt*

LaShonda A. Hunt
United States District Judge